[form id]

# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Joner Bill Cooper<br>xxx–xx–0558<br>710 W. Wolf Ave.<br>Elkhart, IN 46516<br><br>Mary Louise Cooper<br>xxx–xx–9335<br>710 W. Wolf Ave.<br>Elkhart, IN 46516 | )<br>)<br>)<br>) Case Number: 06–30764–hcd<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13 |

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT OF CLAIM

To: Household Bank (SB), N.A.

Pursuant to Federal Rule of Bankruptcy Procedure 3001, you are hereby notified that on December 1, 2006 :

eCAST Settlement Corporation
P.O. Box 7247–6971, Philadelphia, PA 19170–6971

filed a notice that a claim in the amount of $1,164.92 previously filed in this case or currently held by:

Household Bank (SB), N.A.
eCAST Settlement Corporation, c/o Bass & Associates, P.C., 3936 E. Ft Lowell Ste 200, Tucson, AZ 85712–1083

has been transferred or assigned to it.

If no objections to the notice are filed on or before January 2, 2007 , eCAST Settlement Corporation shall be substituted in your place and stead as the claimant. Any objections should be filed with the Clerk at the address set forth below, and a copy served upon the party filing the notice and any trustee serving in the case.

Dated at South Bend, Indiana on December 4, 2006 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court